FILED

04/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0098

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 20-0098

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br><br>THOMAS N. DIETRICH,<br><br>      Petitioner/Appellant,<br><br>and<br><br>JOHN H. GODBE,<br><br>      Respondent/Appellee. | **ORDER GRANTING EXTENSION OF TIME** |

Upon consideration of Appellant's Motion for Extension of Time to File Opening Brief, and for good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant Thomas N. Dietrich is granted an extension of time to and including May 18, 2020, within which to file his Opening Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 10 2020